IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHAHBAZIAN, | ) | 1:07cv1002 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (Document 16) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation filed on February 6, 2008, Plaintiff is GRANTED an extension of time to March 29, 2008, to file his opening brief.

IT IS SO ORDERED.

Dated: **February 6, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1