IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHABAZIAN, | ) | 1:07cv1002 DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING SECOND |
| | ) | EXTENSION OF TIME |
| Plaintiff, | ) | |
| | ) | (Document 18) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the parties' stipulation filed on March 24, 2008, Plaintiff is GRANTED a second extension of time to April 28, 2008, to file his opening brief.

    IT IS SO ORDERED.

    **Dated:   March 25, 2008**                    **/s/ Dennis L. Beck**
                                                                                      UNITED STATES MAGISTRATE JUDGE