```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
 7      E-Mail: Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL SHABAZIAN,                )<br>                                                    )<br>          Plaintiff,                        )<br>                                                    )<br>               v.                              )<br>                                                    )<br> MICHAEL J. ASTRUE,                )<br> Acting Commissioner of            )<br> Social Security,                        )<br>                                                    )<br>          Defendant.                    )<br> _____) | CIVIL NO. 1:07-CV-01002-DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to respond to Plaintiff's motion for summary judgment up to and including June 27, 2008. Upon further review of the issues in this matter, the Commissioner needs additional time to consult with Agency components regarding the possibility of a voluntary remand.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

Respectfully submitted,

Dated May 29, 2008,

*/s/ Stuart Barasch*
_____
Stuart Barasch
(as authorized via telphone)

Attorney for Plaintiff

Dated May 29, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   May 29, 2008**           **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE