1   McGREGOR W. SCOTT
United States Attorney
2   LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3   Social Security Administration
ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
San Francisco, California 94105
6       Telephone:  (415) 977-8937
Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                          **FRESNO DIVISION**

12  MICHAEL SHAHBAZIAN,                )
                                       )        1:07cv01002 DLB
13           Plaintiff,                )
                                       )
14           v.                        )        STIPULATION AND ORDER TO EXTEND
                                       )        TIME
15  MICHAEL J. ASTRUE,                 )
    Acting Commissioner of            )
16  Social Security,                   )
                                       )
17           Defendant.                )
                                       )
18  ─────────────────────────────     )

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time, for an additional 21 days to

21  respond to Plaintiff's motion for summary judgment up to and including July 18, 2008.  This request is

22  being made because the parties are in the process of negotiating a remand agreement and need additional

23  time for client consultation.

24          The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25  ///

26  ///

27  ///

28  ///

1

2

3       Dated June 27, 2008,

Respectfully submitted,

*/s/ Stuart Barasch*
_____

4

Stuart Barasch
(as authorized via telephone June 25, 2008)

5

6

Attorney for Plaintiff

7       Dated June 27, 2008,

8

9

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

10

11

By:

/s/ *Elizabeth Firer*
_____

12

Elizabeth Firer
Special Assistant U.S. Attorney

13

Attorneys for Defendant

14

15       IT IS SO ORDERED.

16       **Dated:** __**June 27, 2008**__            _____**/s/ Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28