IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHABAZIAN, | ) | 1:07cv1002 DLB |
| | ) | |
| | ) | ORDER REQUIRING |
| | ) | FURTHER BRIEFING |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed his opening brief on April 28, 2008.

On July 18, 2008, after settlement negotiations apparently failed, Defendant filed a motion to remand the action on only one issue. Plaintiff did not respond to the motion.

After reading the pleadings, Plaintiff's position on Defendant's motion to remand is unclear to the Court. Therefore, Plaintiff is ORDERED to file supplemental briefing in response to Defendant's motion to remand within FIVE (5) days of the date of this order. Defendant may file a reply within FIVE (5) days of being served with Plaintiff's response.

1

1  If Plaintiff fails to file a response within the time frame above, the Court will grant
2  Defendant's motion as unopposed.

4  IT IS SO ORDERED.
5  **Dated:   August 6, 2008**           **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE