# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHAHBAZIAN, | ) | 1:07cv1002 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING COUNSEL'S |
| | ) | MOTION TO WITHDRAW |
| v. | ) | (Document 28) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER GRANTING PLAINTIFF AN |
| | ) | EXTENSION OF TIME TO RESPOND TO |
| | ) | MOTION TO REMAND |
| Defendant. | ) | |

Plaintiff's counsel, Stuart Barasch, filed the instant motion to withdraw as counsel for Plaintiff Michael Shahbazian ("Plaintiff") on August 8, 2008. The matter was heard on September 26, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge. Mr. Barasch attempted to appear by telephone but was not available when the matter was called. Plaintiff Michael Shahbazian did not appear, nor was there any appearance on behalf of Defendant.

**DISCUSSION**

Plaintiff filed this action challenging the Commissioner's denial of social security benefits on July 10, 2007. He filed his opening brief on April 28, 2008. In response to the

1

1  opening brief, Defendant filed a motion to remand on July 18, 2008. Defendant requested that
2  the action be remanded on only one of the two issues set forth in Plaintiff's brief.[1]

3  Defendant also explained that he attempted secure an agreement to remand, but while
4  Plaintiff's counsel initially agreed, he later indicated that remand should also include further
5  consideration for the period prior to Plaintiff's 50th birthday. Plaintiff's counsel eventually
6  agreed to give the matter additional thought, but did not respond to Defendant's subsequent
7  attempts at communication.

8  On August 6, 2008, after Plaintiff did not respond to the motion, the Court ordered
9  Plaintiff to set forth his position.

10  On August 8, 2008, Plaintiff responded to the Court's order by filing a request to
11  withdraw as attorney of record. Mr. Barasch explained that Plaintiff has failed to communicate
12  with counsel despite numerous attempts. In three conversations with Plaintiff's mother, Mr.
13  Barasch explained the terms of Defendant's proposed remand. Plaintiff's mother indicated that
14  she would discuss the matter with Plaintiff, who suffers from an alleged mental impairment, and
15  get back to counsel. Counsel also discussed the matter with Melissa Proudian, who represented
16  Plaintiff at a prior administrative hearing, but she could not get Plaintiff to agree to any of the
17  options. Counsel has also contacted Plaintiff by mail on two separate occasions.

18  Given that Mr. Barasch is without clarification as to how to proceed, the Court GRANTS
19  his motion to withdraw as counsel. Plaintiff Michael Shahbazian is SUBSTITUTED in as
20  counsel in pro se. His current address is 1356 W. Norwich B, Fresno, California, 93705.

21  Plaintiff will be GRANTED an additional thirty (30) days to respond to Defendant's
22  motion to remand. If Plaintiff does not submit an opposition or otherwise respond within that
23  time period, the Court will grant Defendant's motion and remand the action on the issue set forth
24  therein.

25  IT IS SO ORDERED.

26  Dated:   **September 26, 2008**                    **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant moved to remand for a finding of disability as of Plaintiff's 50th birthday, but not before.