# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAHBAZIAN, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE, </br></br> Defendant. | 1:07cv1002 DLB </br></br> ORDER GRANTING DEFENDANT'S MOTION TO REMAND ACTION </br></br> (Document 25) |

      Plaintiff Michael Shahbazian ("Plaintiff") filed this action challenging the Commissioner's denial of social security benefits on July 10, 2007. He filed his opening brief on April 28, 2008. In response to the opening brief, Defendant filed a motion to remand on July 18, 2008. Defendant requested that the action be remanded on only one of the two issues set forth in Plaintiff's brief.[1]

      On August 6, 2008, after Plaintiff did not respond to the motion, the Court ordered Plaintiff to set forth his position. On August 8, 2008, Plaintiff's counsel responded to the Court's order by filing a request to withdraw as attorney of record. Mr. Barasch explained that Plaintiff has failed to communicate with him despite numerous attempts.

---

[1] Defendant moved to remand for a finding of disability as of Plaintiff's 50th birthday, but not before.

1

1  The Court granted Counsel's motion to withdraw on September 29, 2008. Plaintiff was substituted in as counsel pro se and the Court granted him an additional thirty (30) days to respond to Defendant's motion to remand. The Court further warned, "If Plaintiff does not submit an opposition or otherwise respond within that time period, the Court will grant Defendant's motion and remand the action on the issue set forth therein."

Over thirty (30) days have passed and Plaintiff has not opposed the motion or otherwise communicated with the Court. Accordingly, the Motion to Remand is GRANTED. The action is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a finding of disability as of Plaintiff's 50th birthday- January 4, 2006.

IT IS SO ORDERED.

Dated:   **November 3, 2008**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE